1  David W. Evans (Bar No. 79466)
   Pamela B. Shafer (Bar No. 194959)
2  HAIGHT BROWN & BONESTEEL LLP
   71 Stevenson Street, 20th Floor
3  San Francisco, California 94105-2981
   Telephone: 415.546.7500
4  Facsimile: 415.546.7505

5  Attorneys for Defendant
   American Modern Home Insurance Company
6

7

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10

11 JESUS LOPEZ,                         ) Case No. C 06-07768 CW
12           Plaintiff,                 )
                                        ) STIPULATION AND ORDER CAPPING
13      v.                              ) DAMAGES AND REMANDING TO
                                        ) STATE COURT
14 AMERICAN MODERN HOME                 )
   INSURANCE COMPANY and DOES 1         )
15 TO 100,                              )
                                        )
16           Defendant.                 )

17      The parties hereby stipulate to the following:

18  • Plaintiff waives any recovery for any and all damages, including but not limited to
19    special, general and punitive damages, in excess of $50,000.
20  • The case is to be remanded back to the Superior Court of California, County of
21    Sonoma, Case No. SCV 239736.

22 Dated: January 3, 2007

                                         Law Office of Charles A. Davis
23
24
                                         By: _____
25                                           Charles A. Davis
                                             Attorneys for Plaintiff
26

27

28

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco
AM99-0000091
3209816.1

1

Jan 03 07 04:29p   Law Office Of Charles Day   14158984227   p.3
Case 4:06-cv-07768-CW   Document 4   Filed 01/08/07   Page 2 of 2
JAN-03-2007 WED 03:54 PM Haight Brown & Bonesteel   FAX NO. 4150066043   P. 03

Dated: January 3, 2006

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Pamela Shafer
David W. Evans
Pamela B. Shafer
Attorneys for Defendant American
Modern Home Insurance Company

The court, having reviewed the stipulation of the parties, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED that:

- Plaintiff waives any recovery for any and all damages, including but not limited to special, general and punitive damages, in excess of $50,000.
- The case is to be remanded back to the Superior Court of California, County of Sonoma, Case No. SCV 239736..

Dated: 1/8/07

/s/ Claudia Wilken

Judge Claudia Wilken

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
San Francisco

AM99-0000091
3309816.1

2